The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### SANCHEZ v. STATE.
### No. 16979.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Alton J. Luckett, of New Braunfels, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, death.

We find in the record no bills of exception. The facts seem amply sufficient to support the action of the jury. Appellant admitted the killing, but claimed he did it in self-defense. This was a question to be settled by the verdict of the jury. We see no reason for disturbing their conclusion.

The judgment will be affirmed.